MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
AMY L. THOMPSON, ESQ., Bar No. 11907
DIANA G. DICKINSON, ESQ., Bar No. 13477
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email:  mpaek@littler.com
            athompson@littler.com
            ddickinson@littler.com
            ekim@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MALLOY, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 2:22-cv-00286-GMN-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[First Request]** |

　　　　Plaintiff DWIGHT MALLOY ("Plaintiff") and Defendant AMAZON.COM SERVICES LLC (incorrectly identified in the complaint as Amazon.com Services, LLC) ("Defendant") by and through their undersigned counsel, hereby stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of March 10, 2022, up to and including **April 11, 2022**.  This is the first request for an extension of time to respond to the Complaint.  Defendant's requested extension is necessary as defense counsel was recently retained and needs additional time to investigate the allegations and prepare a sufficient responsive pleading.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: March 3, 2022 | Dated: March 3, 2022 |
| Respectfully submitted, | Respectfully submitted, |

*/s/ Don J. Foty, Esq.*  
DON J. FOTY, ESQ.  
WILLIAM M. HOGG, ESQ.  
HODGES & FOTY, LLP

ESTHER C. RODRIGUEZ, ESQ.  
RODRIGUEZ LAW OFFICES, P.C.

Attorneys for Plaintiff  
DWIGHT MALLOY

*/s/ Amy L. Thompson, Esq.*  
MONTGOMERY Y. PAEK, ESQ.  
AMY L. THOMPSON, ESQ.  
DIANA G. DICKINSON, ESQ.  
EMIL S. KIM, ESQ.  
LITTLER MENDELSON, P.C.

Attorneys for Defendant  
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: March 3, 2022.

_____  
UNITED STATES MAGISTRATE JUDGE

4855-4981-0706.1 / 096748-1009

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.