```
 1  MONTGOMERY PAEK, ESQ., Bar No. 10176
    AMY L. THOMPSON, ESQ., Bar No. 11907
 2  DIANA G. DICKSINSON, ESQ., Bar No. 13477
    EMIL S. KIM, ESQ., Bar No. 14894
 3  LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
 4  Suite 300
    Las Vegas, NV  89169-5937
 5  Telephone:    702.862.8800
    Fax No.:      702.862.8811
 6  Email:  mpaek@littler.com
            athompson@littler.com
 7          ddickinson@littler.com
            ekim@littler.com
 8
    Attorneys for Defendant
 9  AMAZON.COM SERVICES LLC
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MALLOY, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 2:22-cv-00286-ART-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING AND FOR THE PARTIES TO SUBMIT STIPULATED DISCOVERY PLAN**<br><br>**[FIRST REQUEST]** |

Defendant AMAZON.COM SERVICES LLC ("Amazon") and Plaintiff DWIGHT MALLOY ("Plaintiff") by and through their counsel of record, hereby stipulate to extend the time for Amazon to file a responsive pleading to Plaintiff's First Amended Complaint by 30 days from the current deadline of March 16, 2023, until up to and including **April 17, 2023.** The parties also stipulate to extend the deadline to file the Stipulated Discovery Plan and Scheduling Order to two weeks from the date Amazon files its responsive pleading and therefore until up to and including **May 1, 2023**.

The parties request this extension as Amazon requires additional time to prepare and file its responsive pleading. The parties desire to have Amazon's responsive pleading on file prior to the time they meet to discuss a discovery plan for this matter in order to provide for a more informed discussion

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

as to how discovery should proceed, which will be a more involved discussion given the class allegations at issue in this case. Accordingly, the parties respectfully request that the Court enter an order granting an extension of the deadlines as set forth above. The parties attest that this request is being made in good faith and is not for the purpose of undue delay.

Dated: March 13, 2023
Respectfully submitted,

/s/ Don J. Foty, Esq.
DON J. FOTY, ESQ.
WILLIAM M. HOGG, ESQ.
HODGES & FOTY, LLP

ESTHER C. RODRIGUEZ, ESQ.
RODRIGUEZ LAW OFFICES, P.C.

Attorneys for Plaintiff
DWIGHT MALLOY

Dated: March 13, 2023
Respectfully submitted,

/s/ Amy L. Thompson, Esq.
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
DIANA G. DICKINSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   3-14-2023
_____

4895-0058-2999.1 / 096748-1009

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.