MONTGOMERY PAEK, ESQ., Bar No. 10176
AMY L. THOMPSON, ESQ., Bar No. 11907
DIANA G. DICKSINSON, ESQ., Bar No. 13477
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:      702.862.8800
Fax No.:           702.862.8811
Email:   mpaek@littler.com
             athompson@littler.com
             ddickinson@littler.com
             ekim@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MALLOY, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:22-cv-00286-ART-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR THE PARTIES TO SUBMIT STIPULATED DISCOVERY PLAN**<br><br>**[SECOND REQUEST]** |

Defendant AMAZON.COM SERVICES LLC ("Amazon") and Plaintiff DWIGHT MALLOY ("Plaintiff"), by and through their counsel of record, hereby stipulate to extend the deadline to file the Stipulated Discovery Plan and Scheduling Order from the current deadline of May 1, 2023 (ECF No. 33), for 14 days, up to and including **May 15, 2023**. This is the second request for an extension of time.

The parties request this extension due to the parties' current heavy workloads. With respect to this matter, Amazon filed a Motion for Certification of Interlocutory Appeal regarding the denial of its Motion to Dismiss ("Motion for Certification") on April 3, 2023. [ECF No. 34]. The parties submitted a stipulation which was granted by this Court which moved the deadline for Plaintiff's Response to the Motion for Certification to May 1, 2023. [ECF No. 37]. The same stipulation moved

the deadline for Amazon's Reply to May 22, 2023. *Id.* Given this new timing, the parties require additional time to meet and discuss a discovery plan for this matter. Furthermore, given the nature of this matter as a putative class action, the parties also require more time to formulate an appropriate discovery plan. Additionally, the parties require more time in order to meet and confer to discuss their respective positions regarding a potential stipulated stay of discovery pending a decision on Amazon's Motion for Certification and its appeal efforts, as recently proposed by counsel for Amazon.

Accordingly, the parties respectfully request that the Court enter an order granting an extension of the deadline as set forth above. The parties attest that this request is made in good faith and is not for the purpose of undue delay

Dated: April 28, 2023
Respectfully submitted,

*/s/ Don J. Foty, Esq.*
DON J. FOTY, ESQ.
WILLIAM M. HOGG, ESQ.
HODGES & FOTY, LLP

ESTHER C. RODRIGUEZ, ESQ.
RODRIGUEZ LAW OFFICES, P.C.

Attorneys for Plaintiff
DWIGHT MALLOY

Dated: April 28, 2023
Respectfully submitted,

*/s/ Amy L. Thompson, Esq.*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
DIANA G. DICKINSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: May 1, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4892-0892-5279.1 / 096748-1009

2.