William M. Hogg
Texas State Bar No. 24087733
California State Bar No. 338196
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
whogg@mybackwages.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MALLOY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | **Case No. 2:22-CV-286-ART-MDC**<br><br><br>**REQUEST BY WILLIAM HOGG TO WITHDRAW AS ATTORNEY FOR PLAINTIFF** |

Notice is given pursuant to Local Rule IA 11-6(b) that, subject to approved by the Court, William M. Hogg, former attorney of Hodges & Foty, LLP, hereby requests to be withdrawn as counsel of record for Plaintiff Dwight Malloy in this matter.

Mr. Hogg is no longer associated or affiliated with the law firm of Hodges & Foty, LLP, and has not been employed or affiliated with Hodges & Foty LLP since approximately May 2023.

The undersigned respectfully requests his name be removed from all service lists in the above-captioned matter. Plaintiff will continue to be represented by attorneys Don J. Foty of Hodges & Foty, LLP, as well as Esther C. Rodriguez of Rodriguez Law Offices, P.C.

This request is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case.

1    Date: April 4, 2024                  Respectfully submitted,

2

3                                      /s/ William M. Hogg

                                       William M. Hogg

4                                        Texas State Bar No. 24087733

                                       California State Bar No. 338196

5                                        11 Greenway Plaza, Suite 3050

                                       Houston, Texas 77046

6                                        Tel: (713) 352-1100

7                                        Fax: (713) 352-3300

                                       whogg@mybackwages.com

8

9

10                             **CERTIFICATE OF SERVICE**

11       I hereby certify that on April 4, 2024, I electronically filed the foregoing document with

12 the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing

13 to all CM/ECF participants.

14

15                                         /s/ William M. Hogg

16                                         William M. Hogg

17

18

19

20

21

22

23

24

25

26

27

28

1   William M. Hogg
    Texas State Bar No. 24087733
2   California State Bar No. 338196
    11 Greenway Plaza, Suite 3050
3   Houston, Texas 77046
    Tel: (713) 352-1100
4   Fax: (713) 352-3300
    whogg@mybackwages.com

5

6

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9                     **FOR THE DISTRICT OF NEVADA**

10  DWIGHT MALLOY, Individually and On Behalf | **Case No. 2:22-CV-286-ART-MDC**
    of All Others Similarly Situated,
11
        Plaintiffs,
12                                             | **[PROPOSED] ORDER GRANTING**
    v.                                         | **REQUEST BY WILLIAM HOGG TO**
13                                             | **WITHDRAW AS ATTORNEY FOR**
    AMAZON.COM SERVICES, LLC,                  | **PLAINTIFF**
14
        Defendant.
15

16

17      Upon review and consideration of the Request by William Hogg to Withdraw as Attorney

18  for Plaintiff, and finding good cause, the Court GRANTS the request.

19      William Hogg is withdrawn as counsel of record for Plaintiff in the above-captioned

20  matter. The Clerk of Court is ORDERED to remove Mr. Hogg from the service list in this

21  matter.

22

23  Date: 4/19/2024
                                            Hon. Maximiliano D. Couvillier III
24                                          United States Magistrate Judge

25

26

27

28

-3-