**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MALLOY, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:22-cv-00286-ART-MDC<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION TO AMEND DEADLINES IN BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Plaintiff DWIGHT MALLOY ("Plaintiff") and Defendant AMAZON.COM SERVICES LLC ("Amazon") ("Defendant"), by and through their counsel of record, hereby stipulate to amend certain deadlines in the briefing schedule established by the parties' Joint Stipulation to Set Briefing Schedule and Defer Discovery Plan and Scheduling Order (ECF 64) (the "Briefing Schedule"), and respectfully state as follows:

On December 10, 2025, this Court approved the parties' proposed Briefing Schedule, which set the following deadlines related to Defendant's Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c):

1.       Defendant's Motion for Judgment on the Pleadings: January 23, 2026;

2.       Plaintiff's Response: February 23, 2026; and

3.       Defendant's Reply: March 16, 2026.

Thereafter, Defendant filed its Motion for Judgment on the Pleadings on January 23, 2026 (ECF 66). Plaintiff desires a one-week extension of the deadline to file his Response to Defendant's Motion for Judgment on the Pleadings, from February 23, 2026 to **March 2, 2026**, in order to prepare a comprehensive Response and to submit full and complete briefing to the Court. The parties have conferred and have agreed to this extension.

The parties have also discussed and agreed to a two-week extension of the deadline for Defendant to file its Reply, from March 16, 2026 to **March 30, 2026**, to give Defendant sufficient time to prepare its Reply. The parties believe that these extensions will not affect any other deadlines in this matter, and the deadline for the parties to submit a proposed discovery plan and scheduling order remains stayed pending the Court's decision on Defendant's Motion for Judgment on the Pleadings. Further, the parties attest that these extensions are made in good faith and not for the purpose of undue delay.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant as follows:

1.       Plaintiff shall file his Response to Defendant's Motion for Judgment on the Pleadings on or before **March 2, 2026**.

2.       Defendant shall file its Reply in support of its Motion for Judgment on the Pleadings on or before **March 30, 2026**.

3.       All other provisions of the Briefing Schedule shall remain in full force and effect.

The parties respectfully request that the Court approve this stipulation and amend the deadlines in the briefing schedule as stated herein.

[signatures on the following page]

Dated: February 19, 2026

Respectfully submitted,


*/s/ Don J. Foty, Esq.*
DON J. FOTY
FOTY LAW GROUP, P.C.


ESTHER C. RODRIGUEZ
RODRIGUEZ LAW OFFICES, P.C.

Attorneys for Plaintiff
DWIGHT MALLOY

Dated: February 19, 2026

Respectfully submitted,


*/s/ Montgomery Y. Paek, Esq.*
MONTGOMERY Y. PAEK
AMY L. THOMPSON
LITTLER MENDELSON, P.C.


BRADLEY J. HAMBURGER
MEGAN M. COONEY
ANDREW G.I. KILBERG
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant
AMAZON.COM SERVICES LLC


**IT IS SO ORDERED.**

Dated: February 20, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3